March 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**GARY NEUS, LIQUIDATING TRUSTEE OF THE TRANSMERIDIAN EXPLORATION LIQUIDATING TRUST, Appellant**

NO. 14-13-00898-CV            V.

**DINGO DRILLING, INC. AND MIKE HUSSER, INDIVIDUALLY AND D/B/A OILFIELD TOOLS.NET, Appellees**

_____

        Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on September 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

        We further order that each party shall pay its costs by reason of this appeal.

        We further order that mandate be issued immediately.

        We further order this decision certified below for observance.